NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA M. WILLIAMS,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2023-1233

---

Petition for review of the Merit Systems Protection Board in No. AT-0831-22-0396-I-1.

---

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                              WILLIAMS V. OPM

accordance with the rules.

                                        FOR THE COURT

August 8, 2023
     Date                               /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** August 8, 2023